UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re                  )     Case No.16-10169-B-13
                     )
Frank Miranda Dores and     )     DC No. AMM-2
Mary Anne Souza Dores,      )
                     )     DC No.  FW-1
                     )
           Debtors.       )
_____ )

**ORDER RE:  JOINT MOTION TO MODIFY SCHEDULING ORDER;**
**ORDER VACATING PRE-TRIAL CONFERENCE;**
**ORDER SETTING FURTHER SCHEDULING CONFERENCE**

The court has reviewed the Joint Motion to Modify Scheduling Order filed on October 26, 2016 (the "Joint Motion"; document no. 251, DC No. AMM-2, and document no. 252, DC No. FW-1).  The Joint Motion seeks to modify the scheduling order entered on September 16, 2016 (document no. 202, DC No. AMM-2 and FW-1).  The court notes there is no evidence or stipulation why the depositions referenced were not taken previously.  Nevertheless, because it is a joint motion the court finds good cause to grant relief in this matter.  Based thereon,

/ / / /

/ / / /

/ / / /

/ / / /

IT IS HEREBY ORDERED as follows:

1.    The scheduling order issued September 16, 2016 is vacated and the pretrial conference scheduled for November 9, 2016, is dropped from calendar.

2.    The hearing on the Bunnett parties' motion to compel on November 9, 2016 shall proceed as scheduled.  Telephonic appearances will be permitted.

3.    On November 9, 2016, at 1:30 p.m., the court will hold a further scheduling conference in this matter.

**Dated:** Oct 27, 2016                      **By the Court**

René Lastreto II, Judge
United States Bankruptcy Court

2

**Instructions to Clerk of Court**
**Service List - Not Part of Order**/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ___X___, via the U.S. mail.

Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and ___X___ Other Persons Specified Below:

Office of the United States Trustee
United States Courthouse
2500 Tulare Street, Suite 1401
Fresno, California 93721-1326

Harris Law Firm, P.C.
Attn: Justin D. Harris
7110 North Fresno Street, Suite 400
Fresno, California 93720

Matthew F. Prewitt
Michael K. Molzberger
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606

Andrew M. Minear
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103

Fear Waddell, P.C.
Attn: Gabriel J. Waddell,
Attn: Peter L. Fear,
Attn: Peter A. Sauer
7750 N Fresno St #101
Fresno, CA 93720-2410