UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re<br><br>Frank Miranda Dores and<br>Mary Anne Souza Dores,<br><br>　　　　Debtors.<br>_____ | Case No. 16-10169-B-l3<br><br>DC No. AMM-2 |

## ORDER DISMISSING CHAPTER 13 CASE

The motion to dismiss by Bunnett & Company, Inc., and Energy Feeds International, LLC, came on for trial before this court on April 19, 2017. After a three-day trial, the court ordered the parties to submit post-trial documents. Those documents having been submitted, the trial having been concluded, the court having heard the evidence, and reviewed the testimony and the documents and evidence submitted by both parties, and being fully apprised of the premises, issued a memorandum decision on this date. In accordance with that decision,

IT IS HEREBY ORDERED that this bankruptcy case shall be and hereby is dismissed for cause.

IT IS FURTHER ORDERED that Frank Miranda Dores is barred from filing another bankruptcy case in the Eastern District of California for 180 days from the date this order becomes final.

IT IS FURTHER ORDERED that Mary Anne Souza Dores is not barred from filing another bankruptcy case.

IT IS FURTHER ORDERED that the court reserves jurisdiction over Frank Dores and Mary Anne Dores' motion for contempt (DC No. FW-1) and Bunnett & Company, Inc., and Energy Feeds International LLC's motion for stay relief and to confirm absence of stay (DC No. AMM-1). Within thirty days from the date of entry of this order, either party may set the motion and countermotion

1 for status conference which may be heard outside of the thirty day period.
2 However, if neither party sets a further status conference within thirty days from
3 the date of entry of this order, the motion and countermotion will be deemed
4 dismissed under Federal Rule of Civil Procedure 41 (Federal Rule of Bankruptcy
5 Procedure 7041).

Dated: Jun 07, 2017　　　　　　　　　　　By the Court

René Lastreto II, Judge
United States Bankruptcy Court

## Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and  X  Other Persons Specified Below:

Matthew F. Prewitt, Esq.
Attorney at Law
233 South Wacker Drive, Suite 6600
Chicago, IL 60606

Michael K. Molzberger, Esq.
Attorney at Law
233 South Wacker Drive, Suite 6600
Chicago, IL 60606

Justin D. Harris, Esq.
Attorney at Law
7110 N. Fresno St., Suite 400
Fresno, CA 93720

Office of the U.S. Trustee
U.S. Courthouse
2500 Tulare Street, Suite 1401
Fresno, CA 93721